UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Ramon R. Nodarse Benavidez,            Case No: 21-16181-LMI
                                                Chapter 7

_____Debtor_____/

### NOTICE OF WITHDRAWAL OF DOCUMENT

COMES NOW the Debtors, Ramon R. Nodarse Benavidez by and through the undersigned counsel and files this Notice of Withdrawal of Document and would state as follows:

1. That the Debtors hereby withdraw docket number 25. Motion to Withdraw as Attorney of record.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice to Withdrawal of Document was sent via cm/ecf this 11th day of Octoebr 2021.

Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008


By:  */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Best Egg
1523 Concord Pike
Suite 201
Wilmington, DE 19803

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Dade County Fcu
Attention: Bankruptcy Department
1500 Nw 107
Miami, FL 33172

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

First Midwest Bank
Attn: Bankruptcy
300 N Hunt Club Rd
Gurnee, IL 60031

Gratigny Plaza Condominium
PO Box 160698
Hialeah, FL 33016

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Marcus by Goldman Sachs
Attn: Bankruptcy
Po Box 45400
Salt Lake City, UT 84145

Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261

Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261

Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261

Pnc Bank
Atn: Bankruptcy Department
Po Box 94982: Ms: Br-Yb58-01-5
Cleveland, OH 44101

Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Syncb/Care Credit
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/BRMart
Attn: Bankruptcy

Po Box 965060
Orlando, FL 32896

Synchrony Bank/BRMart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Wells Fargo Bank NA
Credit Bureau Dispute Resoluti
Des Moines, IA 50306